Eric D. Houser, Esq. (SBN 130079)
Jeffrey S. Allison Esq. (SBN 173620)
HOUSER LLP
9970 Research Drive
Irvine, California 92675
Tel: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant SPECIALIZED LOAN SERVICING LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LEO AND CASSANDRA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; SELECT PORTFOLIO SERVICING, INC., and SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendants. | Case No.: 4:19-cv-07847-HSG<br><br>HON. HAYWOOD S. GILLIAM, JR.<br><br>**REQUEST BY DEFENDANT SPECIALIZED LOAN SERVICING TO APPEAR TELEPHONICALL AT CASE MANAGEMENT CONFERENCE**<br><br>Date: March 10, 2020<br>Time: 1:30 p.m.<br>Ctrm: 2 |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant SPECIALIZED LOAN SERVICING LLC ("SLS") hereby requests the Court to allow the undersigned counsel to attend by telephone at the Case Management Conference scheduled for March 10, 2020 at 1:30 p.m. The reasons for the request are that counsel for SLS is located in Irvine, California, has a conflict with another matter on said date, is in settlement negations with counsel for Plaintiff and accordingly has not filed a response to the Complaint there being a stipulation filed for extension presently to March 13, 2020, and has recently become ill which could make flight travel more difficult.

For these reasons, SLS moves and respectfully requests the Court to authorize telephonic attendance at the Case Management Conference. Counsel for SLS will be available at the following telephone number: (949) 679-1111 x 214.

Dated: March 3, 2020        HOUSER LLP

*/s/ Jeffrey S. Allison*
Jeffrey S. Allison, Esq.
Attorneys for Defendant SPECIALIZED LOAN SERVICING LLC

### ORDER

**IT IS SO ORDERED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance at 2:00 p.m. on March 10th.

DATED: March 4, 2020

*Haywood S. Gill, Jr.*
U.S. DISTRICT COURT JUDGE