Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiffs
Leo and Cassandra Jackson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Leo and Cassandra Jackson,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Specialized Loan Servicing, LLC, et. al.<br><br>　　　　Defendants. | CASE NO. 4:19-cv-07847-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT SPECIALIZED LOAN SERVICING LLC** |

　　　Plaintiffs Leo and Cassandra Jackson ("Plaintiffs"), by counsel, and Defendant Specialized Loan Servicing LLC, by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(2) all matters herein between them have been resolved, and that Plaintiffs' claims against Specialized Loan Servicing LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT SPECIALIZED LOAN SERVICING LLC – 4:19-CV-07847-HSG**

Page 1 of 2

Respectfully submitted,

Date: September 8, 2020

/s/ Joe Angelo
Joe Angelo
Gale, Angelo, Johnson, & Pruett, P.C.
*Counsel for Plaintiffs Leo and Cassandra Jackson*

Date: September 8, 2020

/s/ Jeffrey S. Allison
Jeffrey S. Allison
Houser LLP
*Counsel for Defendant Specialized Loan Servicing LLC.*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Jeffrey S. Allison
/s/ Joe Angelo

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Specialized Loan Servicing LLC is dismissed with prejudice. Plaintiffs and Defendant shall each bear their own costs and attorneys' fees.

Date: 9/9/2020

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE, United States District Court, Northern District of California

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT SPECIALIZED LOAN SERVICING LLC – 4:19-CV-07847-HSG

Page 2 of 2